1  Stephen M. Kappos (141371)
   ROBINSON-KAPPOS
2  3550 ROUND BARN BLVD. SUITE 311
   SANTA ROSA, CA 95403
3  (707) 522-0114
   (707) 522-0107 Facsimile
4
   Attorneys for Plaintiff, Creditors Trade Association, Inc.
5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREDITORS TRADE ASSOCIATION, INC., | Case No. C 05-02983 PJH |
| Plaintiff, | **CASE MANAGEMENT STATEMENT, REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
| vs. | Date: December 1, 2005<br>Time: 2:30 PM<br>Dept: 3 |
| DALTON CARPET LIQUIDATORS, ET. AL<br>Defendants. | |

Plaintiff has served this complaint and the defendants have failed to answer. Plaintiff has filed requests for the entry of a clerk's default and for a default judgment as to all defendants.

Plaintiff requests that the court continue the Case Management Conference set for December 1, 2005 at 2:30 pm for not less than 30 days.

Dated:  November 25, 2005             Robinson-Kappos


                                      By: _____/s/_____
                                         Stephen M. Kappos (141371)
                                         Attorney for Plaintiff
                                         Creditors Trade Association, Inc.

[STAMP: GRANTED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California]

1