United States District Court

For the Northern District of California

1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10   CREDITORS TRADE
     ASSOCIATION, INC.,

11          Plaintiff,                         No. C 05-2983 PJH

12          v.                                 **ORDER VACATING DEFAULT AND
                                               DISMISSING ACTION**
13   DALTON CARPET LIQUIDATORS,
     INC., et al.,

14
            Defendants.
15   _____/

16          Plaintiff having failed to respond to the order to show cause filed herein on December

17   16, 2005, the court hereby VACATES the default entered on December 2, 2005, against

18   defendants Dalton Carpet Liquidators, Karen Pollard, and Ronnie Pollard, and DISMISSES

19   the action for lack of subject matter jurisdiction.

20

21   **IT IS SO ORDERED.**

22   Dated:  January 6, 2006

23   _____
                                               PHYLLIS J. HAMILTON
24                                             United States District Judge

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CREDITORS TRADE
ASSOCIATION, INC.,

            Plaintiff,

      v.

DALTON CARPET LIQUIDATORS,
INC., et al.,

            Defendants.
_____/

No. C 05-2983 PJH

**ORDER VACATING DEFAULT AND
DISMISSING ACTION**

      Plaintiff having failed to respond to the order to show cause filed herein on December

16, 2005, the court hereby VACATES the default entered on December 2, 2005, against

defendants Dalton Carpet Liquidators, Karen Pollard, and Ronnie Pollard, and DISMISSES

the action for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated:  January 6, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

1

2

3

4

5                       UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10   CREDITORS TRADE
     ASSOCIATION, INC.,

11          Plaintiff,                        No. C 05-2983 PJH

12          v.                                **ORDER VACATING DEFAULT AND
                                              DISMISSING ACTION**
13   DALTON CARPET LIQUIDATORS,
     INC., et al.,

14
            Defendants.
15   _____/

16          Plaintiff having failed to respond to the order to show cause filed herein on December

17   16, 2005, the court hereby VACATES the default entered on December 2, 2005, against

18   defendants Dalton Carpet Liquidators, Karen Pollard, and Ronnie Pollard, and DISMISSES

19   the action for lack of subject matter jurisdiction.

20

21   **IT IS SO ORDERED.**

22   Dated:  January 6, 2006

23                                            _____
                                              PHYLLIS J. HAMILTON
24                                            United States District Judge

25

26

27

28

United States District Court
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10   CREDITORS TRADE
     ASSOCIATION, INC.,

11          Plaintiff,                          No. C 05-2983 PJH

12      v.                                      **ORDER VACATING DEFAULT AND
                                                DISMISSING ACTION**
13   DALTON CARPET LIQUIDATORS,
     INC., et al.,

14

15          Defendants.
     _____/

16          Plaintiff having failed to respond to the order to show cause filed herein on December

17   16, 2005, the court hereby VACATES the default entered on December 2, 2005, against

18   defendants Dalton Carpet Liquidators, Karen Pollard, and Ronnie Pollard, and DISMISSES

19   the action for lack of subject matter jurisdiction.

20

21   **IT IS SO ORDERED.**

22   Dated:  January 6, 2006

23                                              _____
                                                PHYLLIS J. HAMILTON
24                                              United States District Judge

25

26

27

28

United States District Court

For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10    CREDITORS TRADE
      ASSOCIATION, INC.,

11            Plaintiff,                          No. C 05-2983 PJH

12        v.                                      **ORDER VACATING DEFAULT AND
                                                  DISMISSING ACTION**
13    DALTON CARPET LIQUIDATORS,
      INC., et al.,

14            Defendants.

15    _____/

16        Plaintiff having failed to respond to the order to show cause filed herein on December

17    16, 2005, the court hereby VACATES the default entered on December 2, 2005, against

18    defendants Dalton Carpet Liquidators, Karen Pollard, and Ronnie Pollard, and DISMISSES

19    the action for lack of subject matter jurisdiction.

20

21    **IT IS SO ORDERED.**

22    Dated:  January 6, 2006

23                                                _____
                                                  PHYLLIS J. HAMILTON
24                                                United States District Judge

25

26

27

28

**United States District Court**
For the Northern District of California

1
2
3
4
5                   UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7
8
9
CREDITORS TRADE
10   ASSOCIATION, INC.,

11          Plaintiff,                        No. C 05-2983 PJH

12        v.                                  **ORDER VACATING DEFAULT AND
                                              DISMISSING ACTION**
13   DALTON CARPET LIQUIDATORS,
     INC., et al.,
14
            Defendants.
15   _____/

16          Plaintiff having failed to respond to the order to show cause filed herein on December

17   16, 2005, the court hereby VACATES the default entered on December 2, 2005, against

18   defendants Dalton Carpet Liquidators, Karen Pollard, and Ronnie Pollard, and DISMISSES

19   the action for lack of subject matter jurisdiction.

20

21   **IT IS SO ORDERED.**

22   Dated:  January 6, 2006

23                                            _____
                                             PHYLLIS J. HAMILTON
24                                           United States District Judge

25
26
27
28